IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:
**Dustin L Collett**                                    Case No. 19-44337-MXM

**DEBTOR(S),**

### REPORT OF SECTION 341 MEETING
### AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION

**Meeting Information:**   Meeting Date: December 3, 2019    Time: 2:00 pm
                           Original Date: December 3, 2019

1. Debtor(s) Appeared?    D1: **NO**              D2: **NO**
                          ID Checked: NO          ID Checked: NO
                          SS Checked: NO          SS Checked: NO

2. Debtor(s) attorney/paralegal appeared?   YES    Debtor(s) attorney\firm:
                                                   *representing* ALICE HOLLAND BOWER

3. Creditors Appeared:
   HEATHER WOOD            *representing*    FRANK JACOBINI
                           *representing*
                           *representing*
                           *representing*

4. **341 Meeting:   ADJOURNED**           Adjourned Date  **12/17/2019**
      *to hear adjourned case.*           Adjourned Reason:  NO SHOW

   Debtor(s) to appear?  DR1: YES       DR2: NO

5. Need NOI for Failure to Appear:   YES

6. **Payment Information:**
   Current monthly payment per Plan:   $200.00    First Payment due:   11/23/2019
   $ rec'd as of 12/9/2019             $200.00    Length of Plan:      60 months
   Base Amount per Plan:               $12,000.00

**Confirmation Issues:  REFER TO LEGAL   YES   See Item(s):**

Previous objection to confirmation: NO

Confirmation Pre-Hearing Conference Date: 1/3/2020    Obj. to Conf. due date: 12/27/2019

Please indicate if Plan meets confirmation test by Y/N (YES/NO) or UD (unable to determine):

**N**   8. Disposable Income: $433.17  x  36 (ACP) =  Unsecured Pool per Trustee: $15,594.16

   UCP per Plan:    $0.00

**Y**   Debtor is Eligible (Unsecured & Priority under $360,475; Secured under $1,081,400.)

9. Best Interest: Exemptions:   Federal:  YES  State:

   Exemptions Proper:   If no, explain:

   Non-exempt Property:

   Value (equity) in non-exempt prop.  0.00  Non-Exempt Prop. per Plan:  $0.00

**Y**  10. Feasibility: Surplus per I & J:  $274.07    W/D or ACH Form Turned In?   NO

| Plan Payments: | Which Debtor | Start Date | Pmt Amt | Frequency | # of Periods |
|---|---|---|---|---|---|
| | D1 | 11/23/2019 | $200.00 | MO | 60 |
| Step | Balloon | Unemployed | Negative Surplus | Other | |

**Y**  11. Good Faith Petition and Plan: Plan Payment at least 90 % I minus J $  $246.66

   b. Plan contains non-standard language:  does not

   c. Other:

**N** 12. Domestic Support Obligation: Debtor testified and/or answered debtor questionnaire that all post petition DSO paid? If no, does Attorney General have objection?

**N** 13. Business Case Meeting Required?

**N** 14. Debtor testified and/or answered debtor questionnaire that previous 4 years tax returns have been filed with the IRS. If no, year(s) not filed:

14A. Year(s) not provided to Trustee's office:

**N** 14B. Debtor has filed the Certificate Concerning Tax Returns required by G.O. 16(c).

15. Tax Returns: Year Tax Return Reviewed

Number of Dependents on last year: 0  Notes:

Number in Household per B22C: 0  Notes:

| | |
|---|---|
| Gross 1040 (1.7) | $ 0.00 |
| Gross 1040 (C-1) | $ 0.00 |
| Gross Total: | 0.00 |

Gross per Schedule "I": $6,250.00     Gross Total /12 =     0.00

By: /s/ Ethan Cartwright
Ethan Cartwright
Presiding Officer

---

16. <u>Legal Department Notes</u>: Trustee recommends confirmation based on the above representations except:

Objection to be Filed?: YES
Objection Type: UD - No Show
Other Objection Notes:

By: Ethan Cartwright
Attorney for Trustee / Trustee