IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| *IN RE:* § | | *CASE NO. 19-44337-MXM13* |
| *DUSTIN LEONARD COLLETT,* § | | |
| *DEBTOR* § | | |
| § | | *CHAPTER 13* |
| § | | |

| | | |
|---|---|---|
| *ATTORNEY GENERAL OF TEXAS,* § | | *Pre-Hearing Conference Date:* |
| *CHILD SUPPORT DIVISION,* § | | |
| *Movant,* § | | *January 3, 2020 @ 8:30 a.m.* |
| *vs.* § | | |
| *DUSTIN LEONARD COLLETT,* § | | |
| *Respondent* § | | |

**STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL,
CHILD SUPPORT DIVISION'S
OBJECTION TO CONFIRMATION**

*TO THE HONORABLE JUDGE OF SAID COURT:*

COMES NOW, the **State of Texas, Office of the Attorney General, Child Support Division**, hereinafter "**Attorney General**," in providing child support services under Title 42 and IV-D of the Social Security Act, and files this OBJECTION to Confirmation and List of Witnesses and Exhibits of the Proposed Chapter 13 Plan filed by **DUSTIN LEONARD COLLETT**, hereinafter "Debtor," and in support would show the Court the following:

### I. Proof of Claim

1. The **Attorney General**, in providing child support services timely filed a proof of claim for child support arrears owed to DSO recipient **PRISCILLA DIANE GISH,** in the amount of $1,311.60. Attached as "Exhibit 1" said claim was filed as a Domestic Support Obligation, an unsecured priority claim, pursuant to 11 USC section 507(a)(1).

## II. Failure to Pay Post-Petition Domestic Support Obligations

2. The **Attorney General** objects to Debtor's proposed chapter 13 plan as Debtor has failed to pay all amounts that are required to be paid under a Domestic Support Obligation since the filing of his chapter 13 bankruptcy petition.

3. On August 30, 2016, in the 324th Judicial District Court of Tarrant County, Texas in Cause #324-595119-16 ordered Debtor to pay monthly $300.00 current child support, beginning September 1, 2016, for the benefit of child(ren) and continuing until the child(ren) are emancipated or as long as they are fully enrolled in an accredited school in a program leading toward a high school diploma, whichever is the latter.

4. Attached as "Exhibit 2" is a pay record of the payments Debtor has made towards the current child support obligation in cause number Cause #324-595119-16. Exhibit 2 is incorporated herein as if set forth at length. The pay record indicates Debtor is not making post-petition Domestic Support Obligation payments as required under 11 USC section 1325(a)(8). Debtor owes a Domestic Support Obligation, both pre-petition and post-petition of $1,920.20 of December 23, 2019. The **Attorney General** requests Debtor's Proposed Chapter 13 Plan be denied as Debtor has failed to pay all post-petition Domestic Support Obligation payments that have accrued since the date the chapter 13 petition was filed.

## III. Failure to Include the Full Payment of the Attorney General's Proof of Claim in the Plan

5. The Attorney General filed its proof of claim as a Domestic Support Obligation unsecured priority claim under 11 USC section 507(a)(1). Under 11 USC section 1322(a)(2) Debtor's plan is required to provide for full payment of all claims entitled to priority under section 507 unless the holder of the claim agrees to a different treatment of such claim. The Attorney General does not agree to any treatment of its claim other than through full payment of the claim through the plan. The Attorney General requests the Court deny Debtor's Proposed Chapter 13 Plan until treatment of the Attorney General's claim is full payment through the plan.

## IV. Failure to Provide for Payment of Interest

6. Debtor's Proposed Chapter 13 Plan does not allow for the payment of interest on the claim filed by the **Attorney General**. The **Attorney General** timely filed its proof of claim as a Domestic Support Obligation. Under 11 USC section 101(14A) a Domestic Support Obligation "includes interest that accrues on that debt as provided under applicable nonbankruptcy law."

7. Under the Texas Family Code section 157.265 interest accrues on delinquent child support at the rate of six percent per year until the delinquent child support is paid. Under Texas Family Code section 157.267 "Accrued interest is part of the child support obligation and may be enforced by any means provided for the collection of child support." A child support obligation is classified as a Domestic Support Obligation under 11 USC section 101(14A). Therefore Debtor's plan must provide for the payment of any interest accruing pursuant to nonbankruptcy law on any claims for domestic support obligations. *In re Randall, 2018 WL 1737620 (Bkrtcy. N.D. Tex. 2018) In re Lightfoot, 2015 WL 3956211 (Bkrtcy. S.D. Tex. 2015) In re Resendiz, 2013 WL 6152921 (Bkrtcy. S.D. Tex. 2013); In re Anthony, 453 B.R. 782 (Bankr. D. N.J. 2011); and, In re Reid, 2006 WL 2077572* at page 2 (Bkrtcy. M.D.N.C.), Bankr. L. Rep. P 80,671. The **Attorney General** requests Debtor's Proposed Chapter 13 Plan be denied until interest at the rate of six percent per year is included as part of the payment of the **Attorney General's** timely filed proof of claim.

## PRAYER

**WHEREFORE**, the **Attorney General** requests this Court deny Debtor's Proposed Chapter 13 Plan for the above reasons and confirmation not be allowed until Debtor cures each and every OBJECTION the **Attorney General** has listed above. The **Attorney General** requests this Court grant any other relief it may be entitled to.

Respectfully submitted,

_____

**Respectfully Submitted,**
**By: Ashley Carroll**
**Assistant Attorney General**
**Child Support Division**
**State Bar No.: 03884400**
**2001 Beach Street, Suite 700**
**Fort Worth, TX 76103-2315**
**(817) 834-7037 (telephone)**
**(817) 834-7066 (fax)**

## List of Witnesses and Exhibits

1. Domestic Support Obligation Order
2. Payment History and Arrears Calculation
3. Debtor's Chapter 13 Plan
4. Debtor's Chapter 13 Schedules
5. Attorney General's Proof of Claim
6. All exhibits offered by Debtor
7. All rebuttal exhibits necessary

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the above OBJECTION to Confirmation was sent by mail and/or electronic filing or transmittal to Alice Bower, attorney of record for Debtor: and Pam Bassel, Chapter 13 Trustee on the 23rd day of December 2019.

---

**Ashley Carroll,**
**Assistant Attorney General**

**Alice Bower**
Law Office of Alice Bower
6421 Camp Bowie Blvd
Suite 300
Fort Worth, TX 76116

**Pam Bassel**
7001 Blvd 26
Suite 150
North Richland Hills, TX 76180

## CERTIFICATE OF CONFERENCE

I certify prior to filing the foregoing Objection to Confirmation:

\_\_\_\_x\_\_\_\_ The Attorney General made a good faith effort to negotiate a settlement of the dispute by either speaking with Debtor's counsel in person, by phone, or by e-mail.

_____ Debtors' Counsel failed to respond within two days to the Attorney General's in person, telephonic or e-mail requests to negotiate a settlement

_____ Debtor's Counsel agrees to resolve objection by modifying plan

_____
**Ashley Carroll,
Assistant Attorney General**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| *IN RE:* § | | *CASE NO. 19-44337-MXM13* |
| *DUSTIN LEONARD COLLETT,* § | | |
| *DEBTOR* § | | *CHAPTER 13* |
| § | | |

| | | |
|---|---|---|
| *ATTORNEY GENERAL OF TEXAS,* § | | |
| *CHILD SUPPORT DIVISION,* § | | |
| *Movant,* § | | |
| *vs.* § | | |
| *DUSTIN LEONARD COLLETT,* § | | |
| *Respondent* § | | |

## ORDER GRANTING
## STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL
## CHILD SUPPORT DIVISION'S
## OBJECTION TO CONFIRMATION

On this day came to be heard The Attorney General OBJECTION to Debtor's Chapter 13 Plan filed by the Attorney General of Texas. The Court, having deemed that notice was proper, finds the following:

It is ORDERED the Proof of Claims filed by the Attorney General of Texas be allowed as a Domestic Support Obligation unsecured priority claim.

It is ORDERED the Proof of Claim filed by The Attorney General of Texas be treated as full payment through the plan.

It is ORDERED the Proof of Claim filed by the Attorney General of Texas allow for the payment at the rate of six percent (6 %) per year in interest on the claim included as part of the payment of the Attorney General's timely filed proof of claim.

It is ORDERED the Debtor's Chapter 13 Plan be denied until the Debtor has paid all post-petition Domestic Support Obligation payments that have accrued since the date the chapter 13 petition was filed.

Signed the _____ day of _____, 2020.

_____
UNITED STATES BANKRUPTCY JUDGE

Fill in this information to identify the case:

Debtor 1: COLLETT, DUSTIN LEONARD

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: NORTHERN District of TEXAS (State)

Case number: 19-44337-MXM13



## Official Form 410
# Proof of Claim

4/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
ATTORNEY GENERAL OF TEXAS - CSD DSO Recipient: GISH, PRISCILLA DIANE
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
■ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

ATTORNEY GENERAL OF TEXAS - CSD REGION 9
Name
2001 BEACH STREET, SUITE 700
Number    Street
FORT WORTH,     TEXAS    76103
City            State    ZIP Code

Contact phone (817) 838-4150
Contact email Bank9@oag.texas.gov

Where should payments to the creditor be sent? (if different)

TEXAS CHILD SUPPORT DISBURSEMENT UNIT
Name
P.O. BOX 659791
Number    Street
SAN ANTONIO,    TEXAS    78265-9791
City            State    ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
0013452631 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**
☐ No
■ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/___
                                                                  MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
■ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __4__ __3__ __8__

**7. How much is the claim?** $ 1,311.60 @ 6% . Does this amount include interest or other charges?
☐ No
■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

## CHILD SUPPORT ARREARS

**9. Is all or part of the claim secured?**
■ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
■ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
■ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | |
|---|---|---|
| | ■ Yes. Check one: | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ■ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ 1,311.60 @ 6% |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
■ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/23/2019
                  MM / DD / YYYY

Signature: _[signed]_

Print the name of the person who is completing and signing this claim:

Name: Ashley B. Carroll
      First name / Middle name / Last name

Title: Assistant Attorney General

Company: Attorney General of Texas
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 2001 Beach Street, Suite 700
         Number / Street
         Fort Worth, Texas 76103
         City / State / ZIP Code

Contact phone: (817) 838-4150     Email: Bank9@oag.texas.gov

## Summary of Post-Petition Domestic Support Obligation

Attach please find a copy of our proof of claim which we have sent to the court for filing. Please be advised that our office has initiated cease withholding towards the child support arrears to the debtor's employer.

Further any agreements to treat our priority claim outside of the Chapter 13 plan as a pay direct will be verified by a letter with a signature by Office of the Attorney General bankruptcy specialist.

All payments are to be mailed to the State Distribution Unit, P. O. Box 659791, San Antonio, Texas 78265-9791 with the OAG case number listed above on said payment.

### Summary of Child Support Obligation

Amount of current child support due on a continuing basis:

| | | | | |
|---|---|---|---|---|
| **Current Child Support:** | $300.00 | Monthly | 09/01/2016 to | 09/17/2032 |
| **Current Medical Support:** | $0.00 | Monthly | to | |

**Attorney General of Texas - Child Support Division**
**Financial Activity Report as of 12/23/2019**
Case ID: 0013452631    Cause Number: 32459511916
NCP: COLLETT, DUSTIN LEONARD    CP: GISH, PRISCILLA DIANE

| Trans Date | Activity Type | Transaction Amount | Child Support Amount Due | Amount Applied | Balance |
|---|---|---|---|---|---|
| 09/01/2016 | Amount Due | 300.00 | 300.00 | | 300.00 |
| 09/19/2016 | Collection | -300.00 | | -300.00 | 0.00 |
| 10/01/2016 | Amount Due | 300.00 | 300.00 | | 300.00 |
| 10/21/2016 | Collection | -502.00 | | -502.00 | -202.00 |
| 11/01/2016 | Amount Due | 300.00 | 300.00 | | 98.00 |
| 11/07/2016 | Collection | -1,189.00 | | -1,189.00 | -1,091.00 |
| 12/01/2016 | Amount Due | 300.00 | 300.00 | | -791.00 |
| 12/30/2016 | Collection | -600.00 | | -600.00 | -1,391.00 |
| 01/01/2017 | Amount Due | 300.00 | 300.00 | | -1,091.00 |
| 02/01/2017 | Amount Due | 300.00 | 300.00 | | -791.00 |
| 03/01/2017 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 03/06/2017 | Collection | -600.00 | | -600.00 | -1,091.00 |
| 04/01/2017 | Amount Due | 300.00 | 300.00 | | -791.00 |
| 05/01/2017 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 06/01/2017 | Amount Due | 300.00 | 300.00 | | -191.00 |
| 06/21/2017 | Collection | -600.00 | | -600.00 | -791.00 |
| 07/01/2017 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 07/21/2017 | Collection | -600.00 | | -600.00 | -1,091.00 |
| 08/01/2017 | Amount Due | 300.00 | 300.00 | | -791.00 |
| 09/01/2017 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 09/13/2017 | Collection | -600.00 | | -600.00 | -1,091.00 |
| 10/01/2017 | Amount Due | 300.00 | 300.00 | | -791.00 |
| 11/01/2017 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 11/20/2017 | Collection | -600.00 | | -600.00 | -1,091.00 |
| 12/01/2017 | Amount Due | 300.00 | 300.00 | | -791.00 |
| 12/29/2017 | Collection | -600.00 | | -600.00 | -1,391.00 |
| 01/01/2018 | Amount Due | 300.00 | 300.00 | | -1,091.00 |
| 02/01/2018 | Amount Due | 300.00 | 300.00 | | -791.00 |
| 03/01/2018 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 03/15/2018 | Collection | -600.00 | | -600.00 | -1,091.00 |
| 04/01/2018 | Amount Due | 300.00 | 300.00 | | -791.00 |
| 05/01/2018 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 06/01/2018 | Amount Due | 300.00 | 300.00 | | -191.00 |
| 06/11/2018 | Collection | -1,200.00 | | -1,200.00 | -1,391.00 |
| 07/01/2018 | Amount Due | 300.00 | 300.00 | | -1,091.00 |
| 08/01/2018 | Amount Due | 300.00 | 300.00 | | -791.00 |
| 09/01/2018 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 10/01/2018 | Amount Due | 300.00 | 300.00 | | -191.00 |
| 11/01/2018 | Amount Due | 300.00 | 300.00 | | 109.00 |

**Inspection or Disclosure Limitations**
Unauthorized inspection or disclosure, printing, or publishing of any Federal return or return information, or any information therefrom, may be punishable by fine or imprisonment and in the case of Federal officers or employees, dismissal from office or employment. See section 7213 and 7213A of the Internal Revenue Code and 18 U.S.C. section 1905. In addition, Code section 7431 provides for civil damages for unauthorized inspection or disclosure of such information. Tapes should be degaussed after they have served their purpose, disposed of in accordance with Publication 1075 disposition guidelines or returned to the IRS.

*Department of the Treasury*
*Internal Revenue Service*

*Notice 129A (Rev 12-97)*
*Cat No. 45547W*

FEDERAL OFFSET (FO) receipts are subject to future adjustments by the Federal Government.

**Attorney General of Texas - Child Support Division**
**Financial Activity Report as of 12/23/2019**
Case ID: 0013452631     Cause Number: 32459511916
NCP: COLLETT, DUSTIN LEONARD     CP: GISH, PRISCILLA DIANE

| Trans Date | Activity Type | Transaction Amount | Child Support Amount Due | Child Support Amount Applied | Balance |
|---|---|---|---|---|---|
| 12/01/2018 | Amount Due | 300.00 | 300.00 | | 409.00 |
| 12/17/2018 | Collection | -1,200.00 | | -1,200.00 | -791.00 |
| 01/01/2019 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 01/07/2019 | Collection | -300.00 | | -300.00 | -791.00 |
| 02/01/2019 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 02/06/2019 | Collection | -300.00 | | -300.00 | -791.00 |
| 03/01/2019 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 03/06/2019 | Collection | -300.00 | | -300.00 | -791.00 |
| 04/01/2019 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 05/01/2019 | Amount Due | 300.00 | 300.00 | | -191.00 |
| 06/01/2019 | Amount Due | 300.00 | 300.00 | | 109.00 |
| 07/01/2019 | Amount Due | 300.00 | 300.00 | | 409.00 |
| 08/01/2019 | Amount Due | 300.00 | 300.00 | | 709.00 |
| 08/31/2019 | Amount Due | 0.55 | 0.55 | | 709.55 |
| 09/01/2019 | Amount Due | 300.00 | 300.00 | | 1,009.55 |
| 09/30/2019 | Amount Due | 2.05 | 2.05 | | 1,011.60 |
| 10/01/2019 | Amount Due | 300.00 | 300.00 | | 1,311.60 |
| 10/31/2019 | Amount Due | 3.55 | 3.55 | | 1,315.15 |
| 11/01/2019 | Amount Due | 300.00 | 300.00 | | 1,615.15 |
| 11/30/2019 | Amount Due | 5.05 | 5.05 | | 1,620.20 |
| 12/01/2019 | Amount Due | 300.00 | 300.00 | | 1,920.20 |
| | **Totals:** | | 12,011.20 | -10,091.00 | 1,920.20 |

FEDERAL OFFSET (FO) receipts are subject to future adjustments by the Federal Government.

CV - FQ1059R2
Attorney General of Texas - Child Support Division
Financial Activity Report as of 12/23/2019
Case ID: 0013452631    Cause Number: 32459511916
NCP: COLLETT, DUSTIN LEONARD    CP: GISH, PRISCILLA DIANE

Page 1
Date: 12/23/2019

|  |  |  | Child Support | | |
|---|---|---|---|---|---|
| Trans Date | Activity Type | Transaction Amount | Amount Due | Amount Applied | Balance |
| 09/01/2016 | Amount Due | 300.00 | 300.00 |  | 300.00 |
| 09/19/2016 | Collection | -300.00 |  | -300.00 | 0.00 |
| 10/01/2016 | Amount Due | 300.00 | 300.00 |  | 300.00 |
| 10/21/2016 | Collection | -502.00 |  | -502.00 | -202.00 |
| 11/01/2016 | Amount Due | 300.00 | 300.00 |  | 98.00 |
| 11/07/2016 | Collection | -1,189.00 |  | -1,189.00 | -1,091.00 |
| 12/01/2016 | Amount Due | 300.00 | 300.00 |  | -791.00 |
| 12/30/2016 | Collection | -600.00 |  | -600.00 | -1,391.00 |
| 01/01/2017 | Amount Due | 300.00 | 300.00 |  | -1,091.00 |
| 02/01/2017 | Amount Due | 300.00 | 300.00 |  | -791.00 |
| 03/01/2017 | Amount Due | 300.00 | 300.00 |  | -491.00 |
| 03/06/2017 | Collection | -600.00 |  | -600.00 | -1,091.00 |
| 04/01/2017 | Amount Due | 300.00 | 300.00 |  | -791.00 |
| 05/01/2017 | Amount Due | 300.00 | 300.00 |  | -491.00 |
| 06/01/2017 | Amount Due | 300.00 | 300.00 |  | -191.00 |
| 06/21/2017 | Collection | -600.00 |  | -600.00 | -791.00 |
| 07/01/2017 | Amount Due | 300.00 | 300.00 |  | -491.00 |
| 07/21/2017 | Collection | -600.00 |  | -600.00 | -1,091.00 |
| 08/01/2017 | Amount Due | 300.00 | 300.00 |  | -791.00 |
| 09/01/2017 | Amount Due | 300.00 | 300.00 |  | -491.00 |
| 09/13/2017 | Collection | -600.00 |  | -600.00 | -1,091.00 |
| 10/01/2017 | Amount Due | 300.00 | 300.00 |  | -791.00 |
| 11/01/2017 | Amount Due | 300.00 | 300.00 |  | -491.00 |
| 11/20/2017 | Collection | -600.00 |  | -600.00 | -1,091.00 |
| 12/01/2017 | Amount Due | 300.00 | 300.00 |  | -791.00 |
| 12/29/2017 | Collection | -600.00 |  | -600.00 | -1,391.00 |
| 01/01/2018 | Amount Due | 300.00 | 300.00 |  | -1,091.00 |
| 02/01/2018 | Amount Due | 300.00 | 300.00 |  | -791.00 |
| 03/01/2018 | Amount Due | 300.00 | 300.00 |  | -491.00 |
| 03/15/2018 | Collection | -600.00 |  | -600.00 | -1,091.00 |
| 04/01/2018 | Amount Due | 300.00 | 300.00 |  | -791.00 |
| 05/01/2018 | Amount Due | 300.00 | 300.00 |  | -491.00 |
| 06/01/2018 | Amount Due | 300.00 | 300.00 |  | -191.00 |
| 06/11/2018 | Collection | -1,200.00 |  | -1,200.00 | -1,391.00 |
| 07/01/2018 | Amount Due | 300.00 | 300.00 |  | -1,091.00 |
| 08/01/2018 | Amount Due | 300.00 | 300.00 |  | -791.00 |
| 09/01/2018 | Amount Due | 300.00 | 300.00 |  | -491.00 |
| 10/01/2018 | Amount Due | 300.00 | 300.00 |  | -191.00 |
| 11/01/2018 | Amount Due | 300.00 | 300.00 |  | 109.00 |

**Inspection or Disclosure Limitations**

Unauthorized inspection or disclosure, printing, or publishing of any Federal return or return information, or any information therefrom, may be punishable by fine or imprisonment and in the case of Federal officers or employees, dismissal from office or employment. See section 7213 and 7213A of the Internal Revenue Code and 18 U.S.C. section 1905. In addition, Code section 7431 provides for civil damages for unauthorized inspection or disclosure of such information. Tapes should be degaussed after they have served their purpose, disposed of in accordance with Publication 1075 disposition guidelines or returned to the IRS.

Department of the Treasury
Internal Revenue Service

Notice 129-A (Rev. 11-97)
Cat No. 43547W


EXHIBIT L

FEDERAL OFFSET (FO) receipts are subject to future adjustments by the Federal Government.

CV - FQ1059R2

Attorney General of Texas - Child Support Division
Financial Activity Report as of 12/23/2019
Case ID: 0013452631    Cause Number: 32459511916
NCP: COLLETT, DUSTIN LEONARD    CP: GISH, PRISCILLA DIANE

Page 2
Date: 12/23/2019

| Trans Date | Activity Type | Transaction Amount | Child Support | | |
|---|---|---|---|---|---|
| | | | Amount Due | Amount Applied | Balance |
| 12/01/2018 | Amount Due | 300.00 | 300.00 | | 409.00 |
| 12/17/2018 | Collection | -1,200.00 | | -1,200.00 | -791.00 |
| 01/01/2019 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 01/07/2019 | Collection | -300.00 | | -300.00 | -791.00 |
| 02/01/2019 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 02/06/2019 | Collection | -300.00 | | -300.00 | -791.00 |
| 03/01/2019 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 03/06/2019 | Collection | -300.00 | | -300.00 | -791.00 |
| 04/01/2019 | Amount Due | 300.00 | 300.00 | | -491.00 |
| 05/01/2019 | Amount Due | 300.00 | 300.00 | | -191.00 |
| 06/01/2019 | Amount Due | 300.00 | 300.00 | | 109.00 |
| 07/01/2019 | Amount Due | 300.00 | 300.00 | | 409.00 |
| 08/01/2019 | Amount Due | 300.00 | 300.00 | | 709.00 |
| 08/31/2019 | Amount Due | 0.55 | 0.55 | | 709.55 |
| 09/01/2019 | Amount Due | 300.00 | 300.00 | | 1,009.55 |
| 09/30/2019 | Amount Due | 2.05 | 2.05 | | 1,011.60 |
| 10/01/2019 | Amount Due | 300.00 | 300.00 | | 1,311.60 |
| 10/31/2019 | Amount Due | 3.55 | 3.55 | | 1,315.15 |
| 11/01/2019 | Amount Due | 300.00 | 300.00 | | 1,615.15 |
| 11/30/2019 | Amount Due | 5.05 | 5.05 | | 1,620.20 |
| 12/01/2019 | Amount Due | 300.00 | 300.00 | | 1,920.20 |
| | Totals: | | 12,011.20 | -10,091.00 | 1,920.20 |