WWR # 040525631

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dustin L. Collett | ) | Bankruptcy No. 19-44337-mxm13 |
|     Debtor | ) | |
| | ) | Chapter 13 |
| Citizens Bank, N.A. | ) | |
|     Movant | ) | Hearing Date: February 4, 2020 |
| | ) | |
| v. | ) | Hearing Time: 9:30 a.m. |
| | ) | |
| Dustin L. Collett | ) | Hearing Location: RM 128, US Courthouse |
|     Debtor | ) | 501 W. 10th Street, Fort Worth, TX 76102 |
| | ) | |
| | ) | Judge: Mark X. Mullin |
| AND | ) | |
| | ) | |
| Pam Bassel on behalf of the United | ) | |
| States Trustee, | ) | |
|     Respondents | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY FROM**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 01/16/2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 01/30/2020.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: 02/03/2020

/s/ Jason K. Wright
Jason K. Wright, SBN OH-0073237
Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Brooklyn Heights, OH 44131
Phone: (216) 739-5721
Email: jwright@weltman.com
Attorney for Movant